# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2013

### NO.  03-12-00722-CR

**Joe Pena, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that the appeal should be dismissed for want of jurisdiction:  it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal be dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs be made; and that this decision be certified below for observance.